*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

BENJAMIN JAIME,

        Plaintiff-Appellant,

V

VILLAGE OF ST. CHARLES,

        Defendant-Appellee.

UNPUBLISHED
August 6, 2020

No. 349901
Saginaw Circuit Court
LC No. 18-036279-CD

Before: METER, P.J., and BECKERING and O'BRIEN, JJ.

BECKERING, J. (*concurring*).

        I concur in the result only.

                                                  /s/ Jane M. Beckering